# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 10, 2008

Charles R. Fulbruge III
Clerk

No. 07-30773

HARRY P MENDOZA, Captain

                                        Plaintiff-Appellee

v.

NEW ORLEANS CITY; C RAY NAGIN; WARREN RILEY; MARLON
DEFILLO; MICHAEL HARRISON; BRUCE ADAMS; SERGEANT
LAWRENCE JONES; SERGEANT KENNETH MIESTCHOVICH

                                        Defendants-Appellants

-------------------------------------------------------------------------------------------------------------

HARRY MENDOZA

                                        Plaintiff-Appellee

v.

NEW ORLEANS CITY

                                        Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:06-CV-3040

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.